23-CR-17
Judge John F. Kness
Magistrate Judge Jeffrey Cummings
cat 2

FILED
JAN 1 2 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT


**FELONY**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1. Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **No**

   1a. If the answer is "Yes," list the case number and title of the earliest filed complaint:

   1b. Should this indictment or information receive a new case number from the court? **Yes**

2. Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO**

   2a. If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)): **N/A**

3. Is this a re-filing of a previously dismissed indictment or information? **NO**

4. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO**

5. Is this a transfer of probation supervision from another district to this District? **NO**

6. What level of offense is this indictment or information? **FELONY**

7. Does this indictment or information involve eight or more defendants? **NO**

8. Does this indictment or information include a conspiracy count? **YES**

9. Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **III (Other Federal Statutes)**

10. List the statute of each of the offenses charged in the indictment or information.

    18 USC 371; 18 USC 1951

/s/ Alexandra Morgan
Alexandra Morgan
Assistant United States Attorney