Order Form (01/2005)

23-CR-17
Judge John F. Kness
Magistrate Judge Jeffrey Cummings
cat 2

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | Young B. Kim |
|---|---|---|---|
| **CASE NUMBER** | 21 GJ 01041 | **DATE** | JANUARY 12, 2023 |
| **CASE TITLE** | U.S. v. ANTOINE LARRY, ET AL | | |

**DOCKET ENTRY TEXT**

## Grand Jury Proceeding

The Grand Jury for  SPECIAL JULY 2021  the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge  _Young B. K._

TO SET PRELIMINARY BAIL AT $4,500.00 (UNSECURED) AS TO BOTH DEFENDANTS.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                        UNDER SEAL)

Courtroom Deputy Initials: EC

**FILED**
JAN 12 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Page 1 of 1