UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 23 CR 17 |
| v. | ) | |
| | ) | Honorable John F. Kness |
| ANTOINE LARRY, et al. | ) | |

DESIGNATION OF ATTORNEY FOR THE GOVERNMENT

The United States of America, by and through its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, hereby presents notice that the undersigned Assistant United States Attorney has been designated to represent the government in the above-captioned matter.

                Respectfully submitted,

                JOHN R. LAUSCH, JR.
                United States Attorney

By:   */s/ Sean Franzblau*
       Sean Franzblau
       Assistant U.S. Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 353-5300

Dated: January 17, 2023